LEONARD LEWISOHN and Others, Respondents, *v.* BERTRAM NIEDERWIESEN and ALFRED APPLE, Appellants.

*Practice — an appeal will not be considered unless the appeal papers have been certified as required by section* 1353 *of the Code of Civil Procedure.*

Upon the hearing of an appeal taken from a judgment in favor of the plaintiffs, entered upon the verdict of a jury, the respondents objected that the appeal book had not been certified as required by section 1353 of the Code of Civil Procedure.

*Held,* that the objection was valid and prevented the court from considering the case.

The observance of the duty imposed by the said section is regarded as extremely important.

Appeal from a judgment in favor of the plaintiffs, entered on the verdict of a jury.

*J. E. Newberger,* for the appellants.

*J. L. Bamberger,* for the respondents.

Per Curiam :

This case was submitted, and the first point taken by the respondent is that the appeal book has not been certified, as required

by section 1353 of the Code of Civil Procedure. This objection we regard as valid, and the effect of it is to prevent the consideration of the case.

We refrain from any consideration of the merits, and send the case back to be properly certified. The observance of the duty imposed by section 1353 is regarded as extremely important. The object of the section is undoubtedly for the purpose of securing the presentation to the appellate court of the entire proceedings sought to be reviewed.

Case sent back to be properly certified.

Present — BRADY, P. J., DANIELS and MACOMBER, JJ.

Case sent back for such action or proceeding as counsel may deem advisable.